**Motion denied; Order filed April 28, 2022**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-21-00468-CV
_____

### SCWYANA SMITH, Appellant

### V.

### ANKUS, L.L.C., Appellee

**On Appeal from the 113th District Court
Harris County, Texas
Trial Court Cause No. 2018-52368**

## ABATEMENT ORDER

No reporter's record has been filed in this case. Appellant is proceeding without payment of costs. *See* Tex. R. Civ. P. 145. The clerk's record does not reflect that appellant filed a request for a court reporter's record. *See* Tex. R. App. P. 34.6 (b). On April 14, 2022, the court reporter provided this court with an uncertified copy of a document filed by appellant requesting the portions of the record. Also on April 14, 2022, appellant filed an "emergency motion" requesting various forms of relief, including that the reporter produce all records from the below hearing. That motion is denied.

Pursuant to Texas Rule of Civil Procedure 145(i), when a declarant is proceeding without payment of costs, "the court must designate the portions to be transcribed." Tex. R. Civ. P. 145(i). Accordingly, the trial court is directed to conduct a hearing, with 10 days' notice to the parties and the court reporter, to determine what portions of the record are to be transcribed by the court reporter.

The court is directed to reduce its findings to writing and the trial-court clerk is directed to prepare, certify, and file a supplemental clerk's record containing those findings filed with the clerk of this court, together with a reporter's record from the hearing, **within 30 days** of the date of this order. *See* Tex. R. App. P. 34.6(e)(3).

The appeal is abated, treated as a closed case, and removed from this court's active docket. The appeal will be reinstated on this court's active docket when the trial court's findings and recommendations are filed in this court. The court will also consider an appropriate motion to reinstate the appeal filed by either party, or the court may reinstate the appeal on its own motion. It is the responsibility of any party seeking reinstatement to request a hearing date from the trial court and to schedule a hearing in compliance with this court's order. If the parties do not request a hearing, the court coordinator of the trial court shall set a hearing date and notify the parties of such date.

PER CURIAM

Panel Consists of Chief Justice Christopher and Justices Bourliot and Spain.